No. 99–641.  STEINHARDT *v.* UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–671.  SHELTON *v.* BENEFIT PLAN OF EXXON CORPORATION AND PARTICIPATING AFFILIATES ET AL.  C. A. 5th Cir. Certiorari denied.

No. 99–680.  HSIA *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 99–731.  RICHARDS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RICHARDS, DECEASED *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–747.  LEWIS *v.* KMART CORP.  C. A. 4th Cir.  Certiorari denied.

No. 99–776.  GIBERNA ET UX. *v.* CARTER ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 99–784.  AMERICAN HOME PRODUCTS CORP. *v.* OREGON ET AL.  Ct. App. Ore.  Certiorari denied.

No. 99–799.  WASHINGTON *v.* HEALTH COST CONTROLS OF ILLINOIS, INC.  C. A. 7th Cir.  Certiorari denied.

No. 99–824.  BOYD, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BOYD, DECEASED *v.* WATERFRONT EMPLOYERS-I. L. A. PENSION PLAN, IN THE PORTS OF SOUTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 99–833.  DAIN *v.* COUNTY OF VENTURA ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 99–834.  CONLEY *v.* PITNEY BOWES, INC., ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 99–846.  PIAMBA CORTES *v.* AMERICAN AIRLINES, INC. C. A. 11th Cir.  Certiorari denied.

No. 99–848.  BLAKE ET AL. *v.* WRIGHT.  C. A. 6th Cir.  Certiorari denied.